UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TARSEM SINGH, et al., :
:
                Plaintiffs, : 17-CV-3787 (JMF)
:
   -v- : MEMORANDUM OPINION
: AND ORDER
:
DANY RESTORATION INC., et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 29, 2018, Plaintiffs filed a Motion for Summary Judgment against remaining Defendant Asad Hussain, who is proceeding without counsel. (Docket No. 68). The same day, Plaintiffs served their motion on Hussain. (Docket No. 71). After the July 13, 2018 deadline for Hussain to file his opposition had passed, the Court ordered him to show cause why Plaintiffs' motion should not be deemed unopposed. (Docket No. 73). To date, Hussain has yet to respond that order or the motion.

      After reviewing Plaintiffs' motion and the supporting materials, the Court finds that there is no genuine issue of material fact precluding summary judgment as to all portions of the motion. Accordingly, the Court grants Plaintiffs' unopposed Motion for Summary Judgment. Plaintiffs shall file and serve a proposed judgment and make any application for attorney's fees, supported by contemporaneous documentation, by **August 24, 2018**. Any opposition to the proposed judgment or attorney's fee application shall be filed by **September 10, 2018**.

      The Clerk of Court is ordered to terminate Docket No. 68 and to mail a copy of this Order to Defendant Hussain.

      SO ORDERED.

Dated: August 16, 2018
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2018